## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**OMM, INC. et als.,**
Plaintiffs

v.                                                                              **CIVIL NO. 03-2367(DRD)**

**READY MIX CONCRETE, et als.,**
Defendants

### A M E N D E D   O R D E R

      The Court has been informed by Mr. Guillermo Nigaglioni – mediator to the instant case – that the parties have reached a settlement. Accordingly, the Court **GRANTS** parties **UNTIL FRIDAY, AUGUST 26, 2005** to file a joint motion informing of stipulation amongst all parties to the case, and all settlement documents with the Court. Should the parties fail to do so, the Court will proceed to close the instant matter and provide parties with a new deadline for the submission of the settlement documents.

    **IT IS SO ORDERED.**

**Date**: **August 1st, 2005**

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**